FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2010 MAR -1 PM 1:41

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES *ex rel.* KENNETH KEYES,

Plaintiffs,

vs.

Case No. 8:09-CV-1103-T-27TBM

HEATHER HILL NURSING HOME,
LLC, et al.,

Defendants.
_____/

### ORDER

The United States previously declined to intervene in this action. (Dkt. S-5). Therefore, the Court ordered that the complaint be unsealed and served upon the Defendants, and that the seal be lifted as to all matters occurring after the date of that order. (Dkt. 6). The State of Florida has also elected not to intervene in this action pursuant to the Florida False Claims Act, Fla. Stat. § 68.084(3). (Dkt. S-7). Accordingly, it is ORDERED that

1) The parties shall serve copies of all pleadings and motions filed in the action, and copies of all deposition transcripts, upon the State of Florida, Department of Legal Affairs, as provided in Fla. Stat. § 68.084(3).

2) The Clerk is directed to open this action as an active pending case.

**DONE AND ORDERED** this 25th day of February, 2010.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Lacy R. Harwell, Jr.
John Katz
Kevin Darken
Donna R. Rohwer